JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA Y YIM,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a corporation; and DOES 1 to 10, Inclusive,<br><br>　　　　Defendants. | Case No. CV12-8007-DMG (Ex)<br><br>**ORDER ON STIPULATION OF THE PARTIES TO VOLUNTARILY REMAND THE ACTION TO STATE COURT [9]** |

　　　　Having reviewed the Stipulation to Voluntarily Remand the Action To State Court (the "Stipulation") filed by Defendant U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR WELLS FARGO ASSET SECURITITES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR6 ("Defendant"), by and through its attorneys, Wright, Finlay & Zak, LLP, and Plaintiff, KRISTINA Y. YIM ("Plaintiff"), by and through her attorneys of record, Simon & Resnik LLP, and good cause appearing, the Court makes the

-1-
**[PROPOSED]** ORDER RE VOLUNTARY REMAND TO STATE COURT

following order:

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action, case number CV12-8007-DMG (Ex), is REMANDED to the Los Angeles County Superior Court.

Dated: October 31, 2012

_____
DOLLY M. GEE
United States District Judge